AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

computer and digital camera seized at 9731 Muirkirk Road, Apartment A-34, Laurel, Maryland, and now in the custody of the FBI Washington Field Office, located at 601 Fourth Street, N.W., Washington, D.C.

CASE NUMBER:

(Further described below)

I __William L. Epkins__ being duly sworn depose and say:

I am a(n) __Special Agent with the Federal Bureau of Investigation__ and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)

computer and digital camera seized at 9731 Muirkirk Road, Apartment A-34, Laurel, Maryland, and now in the custody of the FBI Washington Field Office, located at 601 Fourth Street, N.W., Washington, D.C.

there is now concealed a certain person or property, namely (describe the person or property to be searched)

**SEE ATTACHED AFFIDAVIT**

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)

fruits, evidence, and instrumentalities,

concerning a violation of Title __18__ United States Code, Section(s) __§ 1201__. The facts to support a finding of Probable Cause are as follows:

**SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN**

Continued on the attached sheet and made a part hereof.   ☒ YES   ☐ NO

Barbara E. Kittay
Federal Major Crimes Section
(202) (202) 514-6940

Signature of Affiant
William L. Epkins, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

at Washington, D.C.

Date

Name and Title of Judicial Officer    Signature of Judicial Officer