UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**SEALED**

In re search warrant for contents of
computer and digital camera seized at
9731 Muirkirk Road, Apt. A-34, Laurel,
Maryland, and currently at the FBI
Washington Field Office, at 601 Fourth
Street, N.W., in Washington, D.C.
_____/

Case 05-0674M

FILED
DEC 3 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## GOVERNMENT'S MOTION TO EXTEND THE TIME FOR EXECUTION OF SEARCH WARRANT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby seeks an extension of the time for the execution of the above-described search warrant, and states as follows:

1. In early December, agents of the FBI Washington Field Office applied to a Magistrate Judge in the District of Maryland, for a search warrant for the premises of 9731 Muirkirk Road, Apartment A-34, in Laurel, Maryland. Among other items seized pursuant to that warrant were a computer and a digital camera.

2. On December 23, 2005, Magistrate Judge John M. Facciola approved a separate search warrant for the contents of the computer and digital camera, which by that time, had been physically transferred to the evidence control center of the Washington Field Office (WFO), located at 601 Fourth Street, N.W., Washington, D.C. The Court directed that execution of the warrant was to be completed by January 3, 2006.

3. The agents responsible for execution of the warrant requested technical assistance from the FBI's Computer Analysis

-2-

Response Team (CART), a group of specialists located in the WFO facilities at Tyson's Corner, Virginia. The analysts at CART have advised that due to the intervening Christmas and New Year's federal holidays, the scheduled annual leave of many of its employees, and the submission of high-priority matters from the FBI counter-terrorism squads, they will not be able to assist in the execution of this warrant before the Court's deadline.

4. It is believed that the search can be completed by January 20, 2006.

WHEREFORE, the government respectfully requests an extension of time within which to complete the execution of the search warrant, until January 20, 2006.

Respectfully Submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. Bar Number 451058

By: *Barbara Kittay*

BARBARA E. KITTAY
D.C. Bar #414216
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-6940
Barbara.Kittay@usdoj.gov