UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**SEALED**

In re search warrant for contents of
computer and digital camera seized at
9731 Muirkirk Road, Apt. A-34, Laurel,      Case 05-0674M
Maryland, and currently at the FBI
Washington Field Office, at 601 Fourth
Street, N.W., in Washington, D.C.
_____/

**FILED**

JAN - 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

O R D E R

Upon application of the government for an extension of time within which to complete the execution of a search warrant, and for good cause shown, it is hereby

**ORDERED** that the motion is granted, and the FBI will have until *January 20*, 2006, to complete the execution of the warrant.

**DONE and ORDERED** this ___4th___ day of ~~December, 2005~~ *January, 2006*.

_____
UNITED STATES MAGISTRATE JUDGE

cc: AUSA Barbara E. Kittay
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 514-6940
    Barbara.Kittay@usdoj.gov