AO93(Rev.5/85) Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

MAY 0 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Computer and Digital camera seized at
_____ Laurel, Maryland, and now in
the custody of the FBI Washington Field Office,
located at 601 Fourth Street, N.W., Washington, D.C.

**SEARCH WARRANT**

CASE NUMBER: 05 - 674 M

TO: __William L. Epkins__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent William L. Epkins__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

computer and digital camera seized at
and now in the custody of the FBI Washington Field Office, located at 601 Fourth Street, N.W., Washington, D.C.

there is now concealed a certain person or property, namely (describe the person or property)

**SEE ATTACHED AFFIDAVIT**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

_____
(Date)

cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and _____ property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

DEC 23 2005

at Washington, D.C.

Date and Time Issued
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

/s/ John M. Facciola
Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>12/23/2005 | DATE AND TIME WARRANT EXECUTED<br>01/31/2006 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>N/A |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

One (1) Western Digital
HDD, 250 GB
Model WD 2500JB
Serial # WCAL754131330
containing DD images

One (1) Maxtor HDD, 300GB
Model 6LR00R0
Serial #
containing dd Images

One (1) CD containing selected images from hard drive

**FILED**

MAY 0 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_   5-7-07
U.S. Judge or U.S. Magistrate Judge   Date